Donna E. FARROW, Respondent,

v.

David L. FARROW, Appellant.

No. WD 48378.

Missouri Court of Appeals,
Western District.

Oct. 11, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 29, 1994.

Daniel L. Radke, St. Joseph, for appellant.

Ralph W. Hicks, St. Joseph, for respondent.

Before ELLIS, P.J., and BERREY and
SMART, JJ.

### ORDER

PER CURIAM:

This dissolution of marriage case involves issues relating to child custody and valuation of assets. David L. Farrow appeals from the decree of dissolution entered by the trial court. Farrow also appeals from the trial court's order denying his motion to amend and/or correct the judgment.

Judgment is affirmed. Rule 84.16(b).